UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAROYA ROBERSON, et al., individually And on behalf of all others similarly situated, </br></br>    Plaintiff, </br></br>v. </br></br>MAESTRO CONSULTING SERVICES, LLC, Individually and d/b/a SYMPHONY POST ACUTE NETWORK, et al. </br></br>    Defendants. | Case No. 3:20-cv-895 |

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION
TO DEFENDANT SYMPHONY BEVERLY, LLC**

REQUEST NO. 1: Admit that Exhibit 1 attached hereto is a true and accurate copy of the Symphony of Beverly 2015 State of Illinois Department of Healthcare and Family Services Financial and Statistical Report (Cost Report) for Long Term Care Facilities.

**RESPONSE:**


REQUEST NO. 2: Admit that Exhibit 1 references Maestro Consulting Services as a "related organization" to Symphony of Beverly during 2015.

**RESPONSE:**


REQUEST NO. 3: Admit that Exhibit 1 indicates that Maestro Consulting Services provided $123,404 in consulting services to or for Symphony of Beverly for 2015.

**RESPONSE:**

REQUEST NO. 4: Admit that Exhibit 1, page 20 ("Page 6-Supplemental") is a true and accurate itemization and listing of all "related parties", including related "owners", "nursing homes", and "other related business entities", to Symphony of Beverly during 2015.

**RESPONSE:**

REQUEST NO. 5: Admit that Exhibit 2 attached hereto is a true and accurate copy of the Symphony at 87th Street 2016 State of Illinois Department of Healthcare and Family Services Financial and Statistical Report (Cost Report) for Long Term Care Facilities.

**RESPONSE:**

REQUEST NO. 6: Admit that Exhibit 2 references Maestro Consulting Services as a "related organization" to Symphony at 87th Street during 2016.

**RESPONSE:**

REQUEST NO. 7: Admit that Exhibit 2 indicates that Maestro Consulting Services provided $648,261 in consulting services to or for Symphony at 87th Street for 2016.

**RESPONSE:**

REQUEST NO. 8: Admit that Exhibit 2, page 20 ("Page 6-Supplemental") is a true and accurate itemization and listing of all "related parties", including related "owners", "nursing homes", and "other related business entities", to Symphony at 87th Street during 2016.

**RESPONSE:**

REQUEST NO. 9: Admit that Exhibit 3 attached hereto is a true and accurate copy of the Symphony at 87th Street 2017 State of Illinois Department of Healthcare and Family Services Financial and Statistical Report (Cost Report) for Long Term Care Facilities.

**RESPONSE:**

REQUEST NO. 10: Admit that Exhibit 3 references Maestro Consulting Services as a "related organization" to Symphony at 87th Street during 2017.

**RESPONSE:**

REQUEST NO. 11: Admit that Exhibit 3 indicates that Maestro Consulting Services provided $624,606 in consulting services to or for Symphony at 87th Street for 2017.

**RESPONSE:**

REQUEST NO. 12: Admit that Exhibit 3, page 20 ("Page 6-Supplemental") is a true and accurate itemization and listing of all "related parties", including related "owners", "nursing homes", and "other related business entities", to Symphony at 87th Street during 2017.

**RESPONSE:**

REQUEST NO. 13: Admit that Exhibit 4 attached hereto is a true and accurate copy of the Symphony at 87th Street 2018 State of Illinois Department of Healthcare and Family Services Financial and Statistical Report (Cost Report) for Long Term Care Facilities.

**RESPONSE:**

REQUEST NO. 14: Admit that Exhibit 4 references Maestro Consulting Services as a "related organization" to Symphony at 87th Street during 2018.

**RESPONSE**:

REQUEST NO. 15: Admit that Exhibit 4 indicates that Maestro Consulting Services provided $492,359 in consulting services to or for Symphony at 87th Street for 2018.

**RESPONSE**:

REQUEST NO. 16: Admit that Exhibit 4, page 12 ("Page 6-Supplemental") is a true and accurate itemization and listing of all "related parties", including related "owners", "nursing homes", and "other related business entities", to Symphony at 87th Street during 2018.

**RESPONSE**:

REQUEST NO. 17: Admit that SYC 000368-000370 is the first occasion your facility received any sort of notification concerning the requirements of the Illinois Biometric Information Privacy Act.

**RESPONSE**:

REQUEST NO. 18: Admit that SYC 000368-000370 is the first occasion your facility received any sort of notification from Scott Norton or other members of the Symphony Post Acute Network concerning the requirements of the Illinois Biometric Information Privacy Act.

**RESPONSE**:

REQUEST NO. 19: Admit that your facility did not have or establish any sort of Policy for Retention and Destruction of Biometrics (as described and shown in SYC 000368-000370) until after 9-17-2017.

**RESPONSE:**

REQUEST NO. 20: Admit that your facility did not receive any Written Releases (as described and shown in SYC 000368-000370) until after 9-17-2017.

**RESPONSE:**

Dated: January 20, 2021                             Respectfully Submitted,

**THE DRISCOLL FIRM, P.C.**

By:  */s/ Paul W. Johnson*
Paul W. Johnson, #6193774
211 N. Broadway, Suite 4050
St. Louis, Missouri 63012
Phone: (314) 932-3232
Fax: (314) 932-3233
paul@thedriscollfirm.com

**THE DRISCOLL FIRM, LLC**
John J. Driscoll, #6276464
1311 Avenida Juan Ponce de Leon, 6th Floor
San Juan, PR 00907
Phone: (314) 222-2605
Fax: (314) 932-3233
john@jjlegal.com

**CHATHAM & BARICEVIC**
John Baricevic, #3121537
107 W. Main Street
Belleville, IL 62220
Phone: (618) 233-2200
john@chathamlaw.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on January 20, 2021, the foregoing document was electronically filed with the Clerk of Court to be served by operation of the Court's CM/ECF system upon all counsel of record.

                                                     */s/ Paul W. Johnson*