IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAROYA ROBERSON, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAESTRO CONSULTING SERVICES, LLC, individually and d/b/a SYMPHONY POST ACUTE NETWORK, et al.,<br><br>Defendants. | Case No. 3:20-cv-895<br><br><br><br>Chief Judge Nancy J. Rosenstengel |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated October 17, 2023 (Dkt. No. 153), the parties hereby submit this joint status report, and state the following:

1.  As the parties noted previously in the Joint Status Report dated October 17, 2023, the parties have been focusing on ways to resolve the matter in light of the developments regarding Defendants referenced in the Joint Report dated July 20, 2023, and at the scheduling conference held on July 31, 2023, including Defendants' eroding insurance policy as the only remaining asset in light of Defendants' wind down, divestitures, and closures. (*See* Dkt. Nos. 135 & 136-1; *see also* Dkt. No. 146.)

2.  In the most recent status report, dated October 17, 2023, the parties informed the Court that they were working to schedule a private mediation with (Ret.) Judge Wayne Andersen. (*See* Dkt. 152.)

3.  The Parties since have scheduled the mediation for February 1, 2024.

4.  In light of the above, the parties respectfully request Plaintiffs' two pending Motions to Compel Discovery (Dkt. Nos. 121 & 122) remain under submission and that the parties

submit a status report to the Court by March 1, 2024, to inform the Court of whether a settlement was reached at mediation. In the event that the parties do not reach a settlement, the proposed timing of the next report would allow the parties to confer as to the pending Motions to Compel Discovery and determine whether Court intervention is still necessary in resolving certain discovery disputes (or at the very least narrow the issues for the Court to decide).

DATED: November 16, 2023

>  */s/ Paul Johnson (with consent)*
>  Attorney(s) for Plaintiffs
>
>  */s/ Michael Jacobsen*
>  Attorney(s) for Defendants

306098005v.2