IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAROYA ROBERSON; NICHOLLE HEADLEY; and OLABISE BODUNDE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>MAESTRO CONSULTING SERVICES, LLC, INDIVIDUALLY and d/b/a SYMPHONY POST ACUTE NETWORK; SYMPHONY SYCAMORE, LLC d/b/a SYMPHONY SYCAMORE VILLAGE; SYMPHONY BEVERLY, LLC d/b/a SYMPHONY AT 87TH STREET; SYMPHOPNY BRONZEVILLE PARK, LLC d/b/a SYMPHONY OF BRONZEVILLE PARK; SYMPHONY OF EVANSTON HEALTHCARE, LLC d/b/a SYMPHONY OF EVANSTON; SYMPHONY PARK SOUTH, LLC d/b/a SYMPHONY OF MORGAN PARK; SYMPHONY SOUTH SHORE, LLC d/b/a SYMPHONY OF SOUTH SHORE; and JOHN DOE 1 through 100,<br><br>Defendants. | Case No. 3:20-CV-00895-NJR |

ORDER APPROVING ATTORNEYS' FEES,
EXPENSES AND SERVICE AWARDS

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on Plaintiffs' Unopposed Motion and Memorandum for Final Approval of Attorneys' Fees, Litigation-Related Expenses, Service Awards, and Administrative Expenses. (Doc. 182). This motion is **GRANTED**, and the Court finds as follows:

1. Attorneys' fees in the amount of 40% of the Gross Settlement Amount of $2,800,000.00 shall be paid by the Settlement Administrator, Analytics Consulting, LLC, to Class Counsel in accordance with the express terms of the Class Action Settlement and Release Agreement (Doc. 177-1) and consistent with the representations made by Class Counsel in the Plaintiffs' Unopposed Motion and Memorandum for Final Approval of Attorneys' Fees, Service Awards, and Administrative Fees (Doc. 182).

2. Litigation-related expenses in the total amount of $68,186.85 shall be paid by the Settlement Administrator, Analytics Consulting, LLC, to Class Counsel in accordance with the express terms of the Class Action Settlement and Release Agreement (Doc. 177-1) and consistent with the representations made by Class Counsel in the Plaintiffs' Unopposed Motion and Memorandum for Final Approval of Attorneys' Fees, Service Awards, and Administrative Fees (Doc. 182).

3. Service Awards in the amount of $10,000 to each of the three named Class Plaintiffs—Saroya Roberson; Olabisi Bodunde; and Nicholle Headley (total of $30,000.00)—shall be paid by the Settlement Administrator, Analytics Consulting, LLC, to each of them in accordance with the express terms of the Class Action Settlement and Release Agreement (Doc. 177-1) and consistent with the representations made by Class Counsel in the Plaintiffs' Unopposed Motion and Memorandum for Final Approval of Attorneys' Fees, Service Awards, and Administrative Fees (Doc. 182).

4. Administrative Fees in the total amount of $49,190.00 shall be paid by the

Settlement Administrator, Analytics Consulting, LLC, to itself in accordance with the express terms of the Class Action Settlement and Release Agreement (Doc. 177-1); and consistent with the representations made by Class Counsel in the Plaintiffs' Unopposed Motion and Memorandum for Final Approval of Attorneys' Fees, Service Awards, and Administrative Fees (Doc. 182).

**IT IS SO ORDERED.**

**DATED:** November 14, 2024

*[signature]*

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**